1
2
3
4
5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,

10           Plaintiff,

11               v.                    CIV. NO. S-12-1082 LKK/GGH

12 REAL PROPERTY LOCATED AT 9688
   POPLAR COURT, LIVE OAK,
13 CALIFORNIA, SUTTER COUNTY, APN:
   06-670-016, INCLUDING ALL
14 APPURTENANCES AND
   IMPROVEMENTS THERETO,
15
             Defendant.
16 _____/

17 UNITED STATES OF AMERICA,

18           Plaintiff,

19               v.                    CR. NO. S-12-156 LKK

20 MARIANO MONTENEGRO VALLEJO,

21                                     <u>RELATED CASE ORDER</u>
             Defendant.
22 _____/

23      Examination of the above-entitled actions reveals that the two

24 (2) actions are related within the meaning of Local Rule 123(a),

25 E.D. Cal. (2011).  For the reasons set forth in the government's

26 Notice of Related Cases, the assignment of the matters to the same

judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

Because the cases are already assigned to the same district judge, this order is issued for informational purposes only and shall have no effect on the status of the cases.

DATED: April 27, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT