DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
(916) 498-5700

Attorney for Defendant
MARIANO MONTENEGRO VALLEJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-12-156-LKK |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| MARIANO MONTENEGRO VALLEJO, | ) | Date: September 18, 2012<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PAUL HEMESATH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for MARIANO MONTEGNEGRO VALLEJO, that the status conference date of July 31, 2012, be vacated, and the matter be set for status conference on September 18, 2012, at 9:15 a.m.

The reason for the continuance is that counsel is still in the process of reviewing discovery both electronic and written and discussing it with Mr. Montenegro Vallejo. In addition the parties will need to meet and confer regarding settlement.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 18, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

The Court finds that the ends of justice to be served by granting a continuance outweigh

the best interest of the public and the defendant in a speedy trial.

DATED: July 27, 2012.                    Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Designated Counsel for Service
Attorney for MARIANO VALLEJO

BENJAMIN B. WAGNER
United States Attorney

/s/ Courtney Fein for
PAUL HEMESATH
Assistant United States Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 31, 2012, status conference hearing be continued to September 18, 2012, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the September 18, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:    July 27, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT