1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   MARIANO MONTENEGRO VALLEJO
6

            IN THE UNITED STATES DISTRICT COURT
7
            FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,        )   NO. CR.S-12-156-LKK
                                    )
10                  Plaintiff,       )
                                    )   **STIPULATION    AND    ORDER;**
11        v.                         )   **CONTINUING STATUS CONFERENCE**
                                    )   **AND EXCLUDING TIME**
12  MARIANO MONTENEGRO VALLEJO,      )
                                    )   Date:  November 6, 2012
13                                   )   Time:  9:15 a.m.
                                    )   Judge: Hon. Lawrence K. Karlton
14                  Defendant.       )
                                    )
15  _____ )

16        IT IS HEREBY STIPULATED by and between the parties hereto through their

17  respective counsel, PAUL HEMESATH, Assistant United States Attorney, attorney for

18  Plaintiff, and COURTNEY FEIN, attorney for MARIANO MONTEGNEGRO VALLEJO,

19  that the status conference date of  September 18, 2012, be vacated, and the matter be set for

20  status conference on November 6, 2012, at 9:15 a.m.

21        The reason for the continuance is that counsel is still in the process of reviewing

22  discovery in the form of audio and video files and discussing it with Mr. Montenegro Vallejo.

23  In addition the parties require more time to have further settlement discussions.

24        Based upon the foregoing, the parties agree that the time under the Speedy Trial Act

25  should be excluded from the date of signing of this order through and including November 6,

26  2012, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local

27  Code T4 based upon continuity of counsel and defense preparation.

28        The Court finds that the ends of justice to be served by granting a continuance outweigh

1  the best interest of the public and the defendant in a speedy trial.

2

3  DATED:  September 17, 2012.          Respectfully submitted,

4                                      DANIEL J. BRODERICK
                                       Federal Public Defender

5

6                                      /s/ Courtney Fein
                                       COURTNEY FEIN

7                                      Designated Counsel for Service
                                       Attorney for MARIANO VALLEJO

8

9                                      BENJAMIN B. WAGNER
                                       United States Attorney

10

11                                     /s/ Courtney Fein for
                                       PAUL HEMESATH
                                       Assistant United States Attorney

12

13                                     ORDER

14       UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

15  September 18, 2012,  status conference hearing be continued to November 6, 2012, at 9:15

16  a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the

17  Court hereby finds that the failure to grant a continuance in this case would deny defense

18  counsel reasonable time necessary for effective preparation, taking into account the exercise

19  of due diligence.

20       The Court finds that the ends of justice to be served by granting a continuance outweigh

21  the best interests of the public and the defendant in a speedy trial.  It is ordered that time up

22  to and including the November 6, 2012 status conference shall be excluded from computation

23  of time within which the trial of this matter must be commenced under the Speedy Trial Act

24  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense

25  counsel reasonable time to prepare.

26  Dated: September 17, 2012

27  _____
    LAWRENCE K. KARLTON
28  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

2