HEATHER WILLIAMS, Bar #122664
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorneys for Defendant
MARIANO VALLEJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Cr.S. 12-156-LKK |
|---|---|---|
| Plaintiff, | ) | **ORDER RE SUBSTITUTION OF ATTORNEY** |
| v. | ) | |
| MARIANO VALLEJO, | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is respectfully requested that Assistant Federal Defender COURTNEY FEIN and the Office of the Federal Defender be relieved as attorney of record in the above captioned case and that COURTNEY FEIN, Attorney at Law, P.O. Box 191552, Sacramento, California, 95819; telephone number (916) 382-4792, be substituted in as appointed counsel for Mr. Vallejo.

Dated:  July 23, 2013                    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *Courtney Fein*
COURTNEY FEIN
Assistant Federal Defender
Attorney for Defendant

I accept the substitution and ask to be appointed.

DATED: July 23, 2013                          /s/ Courtney Fein
                                              COURTNEY FEIN
                                              Attorney at Law

I consent to the substitution.

DATED: July 23, 2013                          /s/ *Mariano Vallejo*
                                              MARIANO VALLEJO
                                              Defendant

## O R D E R

IT IS HEREBY ORDERED, effective August 1, 2013, withdrawing the Federal Defender as counsel and appointing Courtney Fein as ad hoc CJA counsel pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA Plan, Gen. Ord. 323, App.I, §B(3).

DATED: July 24, 2013

                                              _____
                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT