BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00156-LKK |
|---|---|
| Plaintiff, | ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| MARIANO MONTENEGRO VALLEJO, | DATE: September 24, 2013 |
| Defendant. | TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

On September 24, 2013, the Court held a status conference in this case. Assistant United States Attorney Paul A. Hemesath appeared on behalf of plaintiff, the United States of America. Courtney Fein appeared with defendant MARIANO VALLEJO, who was in custody.

This Court granted a continuance for a further status conference/entry of plea to October 29, 2013, at 9:15 a.m.

Having found that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial

/ / /

/ / /

/ / /

/ / /

1  Act, the Court therefore excluded time from September 24, 2013, to, and including, October 29, 2013,
2  from computation of time within which the trial of this matter must be commenced, pursuant to Local
3  Code T4.

Dated:  October 10, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT