COURTNEY FEIN, #244785
Attorney at Law
LAW OFFICES OF COURTNEY FEIN
P.O. Box 191552
Sacramento, CA 95819
Telephone/Fax:  916.382.4792
courtney_fein@yahoo.com

Attorney for Defendant
MARIANO MONTENEGRO VALLEJO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MARIANO MONTENEGRO VALLEJO,<br><br>          Defendant. | No.  2:12-CR-0156 LKK<br><br>**STIPULATION AND ORDER**<br><br>Date:  January 7, 2014<br><br>Time:  9:15 a.m.<br><br>Judge: Hon. Lawrence K. Karlton |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PAUL HEMESATH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for MARIANO MONTENEGRO VALLEJO, that the status conference of October 29, 2013 be vacated and the matter be set for status conference on January 7, 2014.

The reason for this continuance is to allow defense counsel additional time to conduct qualitative and quantitative analysis on the reserve weight of the sample remaining in the DEA laboratory with the assistance of an expert toxicologist, to provide thorough advice regarding the impact of the results of said analysis, and to otherwise continue defense preparation in the event that the case proceeds to trial. Based upon the

1  foregoing, the parties agree that:  (1) the failure to grant the
2  requested continuance would deny defense counsel reasonable time
3  necessary to prepare defendant's defense, taking into account the
4  exercise of due diligence; and (2) time within which the trial of
5  this matter must be commenced under the Speedy Trial Act shall be
6  excluded from the date of the parties' stipulation, October 23,
7  2013, through and including January 7, 2014, pursuant to 18
8  U.S.C. 3161(h)(7)(A) and (B)(iv)[reasonable time to prepare] and
9  Local Code T4 based upon the need for additional time for defense
10 preparation.

11 Dated:  October 25, 2013         LAW OFFICES OF COURTNEY FEIN
12                                  By:  Courtney Fein
13                                  /s/ *Courtney Fein*
                                    COURTNEY FEIN
14                                  Attorney at Law
                                    Attorney for Defendant
15                                  MARIANO MONTENEGRO VALLEJO

16 Dated:  October 25, 2013         BENJAMIN WAGNER
                                    United States Attorney
17
18                            By:   /s/ *Samuel Wong*
                                    SAMUEL WONG
19                                  Assistant United States Attorney
                                    Attorney for Plaintiff
20

21                              ORDER

22   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it
23 is ordered that the October 29, 2013, status conference hearing
24 be continued to January 7, 2014, at 9:15 a.m. Based on the
25 representation of defense counsel and good cause appearing
26 therefrom, the Court hereby finds that the failure to grant a
27 continuance in this case would deny defense counsel reasonable
28 time necessary for effective preparation, taking into account the

exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that the time from the date of the parties' stipulation, October 25, 2013, up to and including the January 7, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   October 29, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT