COURTNEY FEIN, #244785
Attorney at Law
LAW OFFICES OF COURTNEY FEIN
P.O. Box 191552
Sacramento, CA 95819
Telephone/Fax:  916.382.4792
courtney_fein@yahoo.com

Attorney for Defendant
MARIANO MONTENEGRO VALLEJO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MARIANO MONTENEGRO VALLEJO,<br><br>            Defendant. | No.  2:12-CR-0156 LKK<br><br>**STIPULATION and ORDER**<br><br>Date:  March 18, 2014<br><br>Time:  9:15 a.m.<br><br>Judge: Hon. Lawrence K. Karlton |
|---|---|

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, PAUL HEMESATH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for MARIANO MONTENEGRO VALLEJO, that the status conference of January 7, 2014 be vacated and the matter be set for status conference on March 18, 2014.

   The reason for this continuance is to allow defense counsel additional time to work to arrange for the DEA laboratory to allow the defense expert to conduct qualitative analysis on the entire reserve weight of the sample remaining in the DEA laboratory, to provide thorough advice regarding the impact of the results of said analysis, to have further discussions with the government regarding methods of arranging the testing and

settlement of the case, and to otherwise continue defense preparation in the event that the case proceeds to trial. Based upon the foregoing, the parties agree that: (1) the failure to grant the requested continuance would deny defense counsel reasonable time necessary to prepare defendant's defense, taking into account the exercise of due diligence; and (2) time within which the trial of this matter must be commenced under the Speedy Trial Act shall be excluded from the date of the parties' stipulation, October 23, 2013, through and including January 7, 2014, pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon the need for additional time for defense preparation.

Dated: January 3, 2014          LAW OFFICES OF COURTNEY FEIN

                                By:  Courtney Fein

                                /s/ *Courtney Fein*
                                COURTNEY FEIN
                                Attorney at Law
                                Attorney for Defendant
                                MARIANO MONTENEGRO VALLEJO

Dated: January 3, 2014          BENJAMIN WAGNER
                                United States Attorney


                          By:   /s/ *Samuel Wong*
                                SAMUEL WONG
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the January 7, 2014, status conference hearing be continued to March 18, 2014, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a

continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that the time from the date of the parties' stipulation, January 4, 2014, up to and including the March 18, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  January 7, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3