1   BENJAMIN B. WAGNER
    United States Attorney
2   PAUL A. HEMESATH
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8                      IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:12-CR-0156 LKK

12                     Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13            v.                           FINDINGS AND ORDER

14  MARIANO MONTENEGRO VALLEJO,            DATE: March 18, 2014
                                           TIME: 9:15 a.m.
15                     Defendant.          COURT: Hon. Lawrence K. Karlton

16

17                                  **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on March 18, 2014.

21       2.      By this stipulation, defendant now moves to continue the status conference until May 20,

22  2014, and to exclude time between March 18, 2014, and May 20, 2014, under Local Code T4.

23       3.      The parties agree and stipulate, and request that the Court find the following:

24            a)      The government has represented that the discovery associated with this case

25  includes various reports and records of telephone calls.  In addition, the discovery contains

26  records of the material found during a physical search warrant.  Furthermore, defendant's

27  previous counsel raised the issue of possible re-testing of the substances seized during the search.

28  All of this discovery has been either produced directly to counsel and/or made available for

1    inspection and copying.

2          b)      Current counsel was recently appointed for previous counsel, who withdrew for

3    reasons unrelated to the case.  Counsel for defendant desires additional time to meet with his

4    client, review the discovery, and consider the issues raised, as well as to consider new issues that

5    may be raised during his review.

6          c)      Counsel for defendant believes that failure to grant the above-requested

7    continuance would deny him the reasonable time necessary for effective preparation, taking into

8    account the exercise of due diligence.

9          d)      The government does not object to the continuance.

10         e)      Based on the above-stated findings, the ends of justice served by continuing the

11   case as requested outweigh the interest of the public and the defendant in a trial within the

12   original date prescribed by the Speedy Trial Act.

13         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14   et seq., within which trial must commence, the time period of March 18, 2014 to May 20, 2014,

15   inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]

16   because it results from a continuance granted by the Court at defendant's request on the basis of

17   the Court's finding that the ends of justice served by taking such action outweigh the best interest

18   of the public and the defendant in a speedy trial.

19         4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

20   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

21   must commence.

22         IT IS SO STIPULATED.

23

24

25   Dated:  March 13, 2014                        BENJAMIN B. WAGNER
                                                   United States Attorney

26

27                                                 /s/ PAUL A. HEMESATH
                                                   PAUL A. HEMESATH
28                                                 Assistant United States Attorney

Dated:  March 13, 2014

/s/ BRUCE LOCKE
BRUCE LOCKE
Counsel for Defendant
MARIANO MONTENEGRO VALLEJO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 17th day of March,  2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT