BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0156 LKK |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MARIANO MONTENEGRO VALLEJO, | DATE: May 20, 2014 |
| Defendant. | TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 20, 2014.

2. By this stipulation, defendant now moves to continue the status conference until June 17, 2014, and to exclude time between May 20, 2014, and June 17, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes various reports and records of telephone calls. In addition, the discovery contains records of the material found during a physical search warrant. Furthermore, defendant's previous counsel raised the issue of possible re-testing of the substances seized during the search. All of this discovery has been either produced directly to counsel and/or made available for

inspection and copying.

   b)  Current counsel was recently appointed for previous counsel, who withdrew for reasons unrelated to the case. Counsel for defendant desires additional time to meet with his client, review the discovery, and consider the issues raised, as well as to consider new issues that may be raised during his review.

   c)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d)  The government does not object to the continuance.

   e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 20, 2014 to June 17, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 16, 2014          BENJAMIN B. WAGNER
                  United States Attorney

                  /s/ PAUL A. HEMESATH
                  PAUL A. HEMESATH
                  Assistant United States Attorney

Dated:  May 16, 2014                              /s/ BRUCE LOCKE
                                                  BRUCE LOCKE
                                                  Counsel for Defendant
                                                  MARIANO MONTENEGRO VALLEJO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 20th day of May,  2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT                                    3