1 Bruce Locke (#177787)

2 Moss & Locke

3 800 Howe Ave, Ste 110

4 Sacramento, CA 95825

5 916-569-0667

6 Attorneys for Joseph McClendon

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 United States,   No. 2:12-CR-156 LKK

12           Plaintiff,

13       v.   **STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM JUNE 17, 2014 TO AUGUST 5, 2014**

14 Mariano Vallejo,

15           Defendant.

16

17      IT IS HEREBY STIPULATED AND AGREED between the defendants, Mariano

18 Vallejo, by and through his undersigned defense counsel, and the United States of America by

19 and through its counsel, Assistant U.S. Attorney Paul Hemesath, that the status conference

20 presently set for June 17, 2014 at 9:15 a.m., should be continued to August 5, 2014 at 9:15 a.m.,

21 and that time under the Speedy Trial Act should be excluded from June 17, 2014 through August

22 5, 2014.

23      The reason for the continuance is the defense needs additional time to conduct pretrial

24 investigation, including a possible retesting of the drugs involved in this case to determine the

25 purity. The exclusion of time is also necessary to ensure continuity of counsel. Accordingly, the

26 time between June 17, 2014 and August 5, 2014 should be excluded from the Speedy Trial

27 calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for

28 defense preparation. The parties stipulate that the ends of justice served by granting this

continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Hemesath has authorized Mr. Locke to sign this pleading for him.

DATED: June 18, 2014            /S/ Bruce Locke
                                BRUCE LOCKE
                                Attorney for Mariano Vallejo


DATED: June 18, 2014            /S/ Bruce Locke
                                For PAUL HEMESATH
                                Attorney for the United States


The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

IT IS SO ORDERED.

DATED: __June 17, 2014_____

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2