1  BENJAMIN B. WAGNER
United States Attorney
2  PAUL A. HEMESATH
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,           CASE NO.  2:12-CR-0156 LKK

12                       Plaintiff,     STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
13              v.                      FINDINGS AND ORDER

14  MARIANO MONTENEGRO VALLEJO,         DATE: August 5, 2014
                                        TIME: 9:15 a.m.
15                       Defendant.     COURT: Hon. Lawrence K. Karlton

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on August 5, 2014.

21        2.      By this stipulation, defendant now moves to continue the status conference until

22  September 23, 2014, and to exclude time between August 5, 2014, and September 23, 2014, under Local

23  Code T4.

24        3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      The government has represented that the discovery associated with this case

26  includes various reports and records of telephone calls.  In addition, the discovery contains

27  records of the material found during a physical search warrant.  Furthermore, defendant's

28  previous counsel raised the issue of possible re-testing of the substances seized during the search.

STIPULATION REGARDING EXCLUDABLE TIME           1
PERIODS UNDER SPEEDY TRIAL ACT

1    Additionally, defense counsel has represented that he intends to bring video evidence to the jail

2    to allow defendant to review that evidence.  All discovery has been either produced directly to

3    counsel and/or made available for inspection and copying.

4              b)      Current counsel was recently appointed for previous counsel, who withdrew for

5    reasons unrelated to the case.  Counsel for defendant desires additional time to meet with his

6    client, review the discovery, and consider the issues raised, as well as to consider new issues that

7    may be raised during his review.

8              c)      Counsel for defendant believes that failure to grant the above-requested

9    continuance would deny him the reasonable time necessary for effective preparation, taking into

10   account the exercise of due diligence.

11             d)      The government does not object to the continuance.

12             e)      Based on the above-stated findings, the ends of justice served by continuing the

13   case as requested outweigh the interest of the public and the defendant in a trial within the

14   original date prescribed by the Speedy Trial Act.

15             f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

16   et seq., within which trial must commence, the time period of August 5, 2014 to September 23,

17   2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

18   T4] because it results from a continuance granted by the Court at defendant's request on the basis

19   of the Court's finding that the ends of justice served by taking such action outweigh the best

20   interest of the public and the defendant in a speedy trial.

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

2

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4    IT IS SO STIPULATED.

5

6

7    Dated:  August 1, 2014                    BENJAMIN B. WAGNER
                                               United States Attorney

8
                                               /s/ PAUL A. HEMESATH
9                                              PAUL A. HEMESATH
                                               Assistant United States Attorney
10

11
     Dated:  August 1, 2014                    /s/ BRUCE LOCKE
12                                             BRUCE LOCKE
                                               Counsel for Defendant
13                                             MARIANO MONTENEGRO VALLEJO

14

15

16

17                            **FINDINGS AND ORDER**

18        IT IS SO FOUND AND ORDERED this 5th day of August, 2014.

19

20

21

22    LAWRENCE K. KARLTON
      SENIOR JUDGE
23    UNITED STATES DISTRICT COURT

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME          3
PERIODS UNDER SPEEDY TRIAL ACT