1 Bruce Locke (#177787)

2 Moss & Locke

3 800 Howe Ave, Ste 110

4 Sacramento, CA 95825

5 916-569-0667

6 Attorneys for Joseph McClendon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States, | No. 2:12-CR-156 JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM SEPTEMBER 23, 2014 TO NOVEMBER 18, 2014** |
| Mariano Vallejo, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Mariano Vallejo, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Paul Hemesath, that the status conference presently set for September 23, 2014 at 9:30 a.m., should be continued to November 18, 2014 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from September 23, 2014 through November 18, 2014.

The reason for the continuance is the defense needs additional time to conduct pretrial investigation, including a possible retesting of the drugs involved in this case to determine the purity. Additional time is needed for the defense to file a discovery motion for retesting. The parties are also engaged in plea negotiations and need additional time to determine whether the case may be resolved without trial. The exclusion of time is also necessary to ensure continuity of counsel.  Accordingly, the time between September 23, 2014 and November 18, 2014 should be

excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Hemesath has authorized Mr. Locke to sign this pleading for him.

DATED: September 17, 2014        /S/ Bruce Locke
                                 BRUCE LOCKE
                                 Attorney for Mariano Vallejo


DATED: September 17, 2014         /S/ Bruce Locke
                                 For PAUL HEMESATH
                                 Attorney for the United States



The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

IT IS SO ORDERED.

DATED: 9/17/2014                 /s/ John A. Mendez
                                 UNITED STATES DISTRICT COURT JUDGE