Bruce Locke (#177787)

Moss & Locke

800 Howe Ave, Ste 110

Sacramento, CA 95825

916-569-0667

Attorneys for Joseph McClendon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States, | No. 2:12-CR-156 JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE FROM NOVEMBER 18, 201 2014 TO DECEMBER 9, 2014** |
| Mariano Vallejo, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Mariano Vallejo, by and through his undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Paul Hemesath, that the status conference presently set for November 18, 2014 at 9:30 a.m., should be continued to December 9, 2014 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from November 18, 2014 through December 9, 2014.

The reason for the continuance is the defense needs additional time to conduct pretrial investigation, including a possible retesting of the drugs involved in this case to determine the purity. Additional time is needed for the defense to file a discovery motion for retesting. The parties are also engaged in plea negotiations and need additional time to determine whether the case may be resolved without trial. The exclusion of time is also necessary to ensure continuity of counsel. Accordingly, the time between November 18, 2014 and December 9, 2014 should be

1

excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Hemesath has authorized Mr. Locke to sign this pleading for him.

DATED: November 14, 2014　　　　　　　　/S/ Bruce Locke
　　　　　　　　　　　　　　　　　　　　　BRUCE LOCKE
　　　　　　　　　　　　　　　　　　　　　Attorney for Mariano Vallejo


DATED: November 14, 2014　　　　　　　　  /S/ Bruce Locke
　　　　　　　　　　　　　　　　　　　　　For PAUL HEMESATH
　　　　　　　　　　　　　　　　　　　　　Attorney for the United States


　　　　The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

　　　　IT IS SO ORDERED

DATED:  11/14/2014
　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE