1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO.  2:12-CR-0156 JAM

12 |                        Plaintiff,  | STIPULATION REGARDING EXCLUDABLE
   |                                    | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |                   v.               | FINDINGS AND ORDER

14 | MARIANO MONTENEGRO VALLEJO,        | DATE: May 12, 2015
   |                                    | TIME: 9:15 a.m.
15 |                        Defendant.  | COURT: Hon. John A. Mendez

16

17                              **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on May 12, 2015.

21        2.      By this stipulation, defendant now moves to continue the status conference until June 9,

22 2015, and to exclude time between May 12, 2015, and June 9, 2015, under Local Code T4.

23        3.      The parties agree and stipulate, and request that the Court find the following:

24        a)      The government has represented that the discovery associated with this case

25 includes various reports and records of telephone calls.  In addition, the discovery contains

26 records of the material found during a physical search warrant.  Furthermore, defendant's

27 previous counsel raised the issue of possible re-testing of the substances seized during the search.

28 Additionally, defense counsel has represented that he intends to bring video evidence to the jail

                                                1
STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1  to allow defendant to review that evidence.  All discovery has been either produced directly to

2  counsel and/or made available for inspection and copying.

3        b)    Current counsel was recently appointed for previous counsel.  Counsel for

4  defendant desires additional time to meet with his client, review the discovery, and consider the

5  issues raised, as well as to consider new issues that may be raised during his review.  In

6  particular, questions regarding the forfeiture of certain properties have been raised, and the

7  parties wish to consider those questions.

8        c)    Counsel for defendant believes that failure to grant the above-requested

9  continuance would deny him the reasonable time necessary for effective preparation, taking into

10  account the exercise of due diligence.

11        d)    The government does not object to the continuance.

12        e)    Based on the above-stated findings, the ends of justice served by continuing the

13  case as requested outweigh the interest of the public and the defendant in a trial within the

14  original date prescribed by the Speedy Trial Act.

15        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

16  et seq., within which trial must commence, the time period of May 12, 2015 to June 9, 2015,

17  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

18  because it results from a continuance granted by the Court at defendant's request on the basis of

19  the Court's finding that the ends of justice served by taking such action outweigh the best interest

20  of the public and the defendant in a speedy trial.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

2

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6

7  Dated:  May 8, 2015                          BENJAMIN B. WAGNER
                                               United States Attorney

8
                                               /s/ PAUL A. HEMESATH
9                                              PAUL A. HEMESATH
                                               Assistant United States Attorney
10

11

12  Dated:  May 8, 2015                         /s/ MICHAEL LONG
                                               MICHAEL LONG
13                                             Counsel for Defendant
                                               MARIANO MONTENEGRO VALLEJO
14

15

16

17                           **FINDINGS AND ORDER**

18        IT IS SO FOUND AND ORDERED this 11th day of May,  2015.

19
                                               /s/ John A. Mendez
20                                             THE HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE
21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                3
PERIODS UNDER SPEEDY TRIAL ACT