BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0156 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MARIANO MONTENEGRO VALLEJO, | DATE: September 8, 2015
TIME: 9:15 a.m.
COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 8, 2015.

2. By this stipulation, defendant now moves to continue the status conference until October 13, 2015 at 9:15 a.m., and to exclude time between September 8, 2015, and October 13, 2015 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes various reports and records of telephone calls. In addition, the discovery contains records of the material found during a physical search warrant. Furthermore, defendant's previous counsel raised the issue of possible re-testing of the substances seized during the search.

All discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Current counsel was appointed for previous counsel.  Counsel for defendant desires additional time to meet with his client, review the discovery, and consider the issues raised, as well as to consider new issues that may be raised during his review.  In particular, questions regarding the forfeiture of certain properties have been raised, and the parties wish to consider those questions.  A plea agreement has been tendered, but defense counsel requires additional time to investigate the facts to determine whether the facts, as represented by the government, support the proposed agreement.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 8, 2015 to October 13, 2015 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 31, 2015　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　/s/ PAUL A. HEMESATH
　　　　　　　　　　　　　　　　　　　　　　PAUL A. HEMESATH
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


Dated:  August 31, 2015　　　　　　　　　　　/s/ MICHAEL LONG
　　　　　　　　　　　　　　　　　　　　　　MICHAEL LONG
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　MARIANO MONTENEGRO VALLEJO


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 31st day of August, 2015.

　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE