MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MARIANO VALLEJO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 12-156 JAM |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER TO STATUS CONFERENCE |
| | ) | |
| MARIANO VALLEJO, | ) | Date: 1-19-2016 |
| | ) | Time: 9:15 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| ===============================) | | |

It is hereby stipulated between the parties, Paul Hemesath, Assistant United States Attorney, Michael D. Long, attorney for defendant MARIANO VALLEJO, that the status conference set for November 10, 2015, at 9:15 a.m. should be vacated and re-set for January 19, 2016, at 9:15 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  Defense counsel is still reviewing discovery, meeting with Mr. Vallejo, obtaining criminal history documents, and developing defenses to the underlying criminal allegations and the criminal forfeiture allegations.  Defense counsel and government counsel are engaging in plea negotiations.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Each party would like time to be excluded as provided by Local Code T4 from today's date through January 19, 2016, for the effective preparation of all counsel, taking in to account due diligence.  18 U.S.C. section 3161(b)(7)(B)(iv).

-1-

All parties request the date of January 19, 2016, for the status hearing. The request for extending the date for the status conference is at the specific request of the defendants and with the knowing, intelligent and voluntary waiver of their speedy trial rights under the law. Good cause is hereby shown.

Dated: November 2, 2015                              Respectfully submitted,

                                                     /s/ Michael D. Long
                                                     MICHAEL D. LONG
                                                     Attorney for Mariano Vallejo

Dated: November 2, 2015                              BENJAMIN WAGNER
                                                     United States Attorney

                                                     /s/ Paul Hemesath
                                                     PAUL HEMESATH
                                                     Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for January 19, 2016, at 9:15 a.m., before District Court Judge John A. Mendez. The court finds that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial. Time is excluded as provided by Local Code T4 from today's date through January 19, 2016, for the effective preparation of all counsel, taking in to account due diligence. 18 U.S.C. section 3161(b)(7)(B)(iv).

Dated: November 2, 2015                              /s/ John A. Mendez
                                                     JOHN A. MENDEZ
                                                     United States District Court Judge