MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MARIANO VALLEJO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE UNITED STATES OF AMERICA,   ) No. 12-156 JAM
                  Plaintiff,    )
                                ) STIPULATION AND
       v.                       ) ORDER TO STATUS CONFERENCE
                                )
MARIANO VALLEJO,                ) Date: 3-8-2016
                                ) Time: 9:15 a.m.
                  Defendant.    ) Judge: Hon. John A. Mendez
===============================)
```

It is hereby stipulated between the parties, Paul Hemesath, Assistant United States Attorney, Michael D. Long, attorney for defendant MARIANO VALLEJO, that the status conference set for January 19, 2016, at 9:15 a.m. should be vacated and re-set for March 8, 2016, at 9:15 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  Defense counsel is still reviewing discovery, meeting with Mr. Vallejo and prosecutors, obtaining criminal history documents, and developing defenses to the underlying criminal allegations and the criminal forfeiture allegations. Defense counsel and government counsel are continuing to engage in plea negotiations.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Each party would like time to be excluded as provided by Local Code T4 from today's date through March 8, 2016, for the effective preparation of all counsel, taking in to account due diligence.  18 U.S.C. section 3161(b)(7)(B)(iv).

-1-

All parties request the date of March 8, 2016, for the status hearing.  The request for extending the date for the status conference is at the specific request of the defendant and with his knowing, intelligent and voluntary waiver of his speedy trial rights under the law.  The government agrees that a continuance is necessary.  Good cause is hereby shown.

Dated: January 14, 2016                              Respectfully submitted,

                                                        /s/ Michael D. Long  
                                                      MICHAEL D. LONG  
                                                      Attorney for Mariano Vallejo

Dated: January 14, 2016                              BENJAMIN WAGNER  
                                                      United States Attorney

                                                      /s/ Paul Hemesath  
                                                      PAUL HEMESATH  
                                                      Assistant U.S. Attorney

## ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for March 8, 2016, at 9:15 a.m., before District Court Judge John A. Mendez.  The court finds that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Time is excluded as provided by Local Code T4 from today's date through March 8, 2016, for the effective preparation of all counsel, taking in to account due diligence.  18 U.S.C. section 3161(b)(7)(B)(iv).

Dated: January 14, 2016                              /s/ John A. Mendez  
                                                      JOHN A. MENDEZ  
                                                      United States District Court Judge