BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>MARIANO MONTENEGRO VALLEJO,<br><br>                              Defendant. | CASE NO.  2:12-CR-0156 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 8, 2016<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on March 8, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until April 12, 2016 at 9:15 a.m., and to exclude time between March 8, 2016, and April 12, 2016 at 9:15 a.m., under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes various reports and records of telephone calls.  In addition, the discovery contains records of the material found during a physical search warrant.  Furthermore, defendant's previous counsel raised the issue of possible re-testing of the substances seized during the search.

1

1    All discovery has been either produced directly to counsel and/or made available for inspection

2    and copying.

3         b)    Current counsel was appointed for previous counsel.  Counsel for defendant

4    desires additional time to meet with his client, review the discovery, and consider the issues

5    raised, as well as to consider new issues that may be raised during his review.  In particular,

6    questions regarding the forfeiture of certain properties have been raised, and the parties wish to

7    consider those questions.  A plea agreement has been tendered, but defense counsel requires

8    additional time to investigate the facts to determine whether the facts, as represented by the

9    government, support the proposed agreement—especially with regard to forfeiture issues.

10   Counsel requires additional time to compare the alleged conduct with the proposed forfeiture

11   provisions.

12        c)    Counsel for defendant believes that failure to grant the above-requested

13   continuance would deny him the reasonable time necessary for effective preparation, taking into

14   account the exercise of due diligence.

15        d)    The government does not object to the continuance.

16        e)    Based on the above-stated findings, the ends of justice served by continuing the

17   case as requested outweigh the interest of the public and the defendant in a trial within the

18   original date prescribed by the Speedy Trial Act.

19        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

20   et seq., within which trial must commence, the time period of March 8, 2016 to April 12, 2016 at

21   9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

22   Code T4] because it results from a continuance granted by the Court at defendant's request on

23   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

24   best interest of the public and the defendant in a speedy trial.

25   / / /

26   / / /

27   / / /

28   / / /

1  / / /

2          4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

3  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4  must commence.

5          IT IS SO STIPULATED.

6

7

8  Dated:  March 7, 2016                    BENJAMIN B. WAGNER
                                            United States Attorney

9

10                                          /s/ PAUL A. HEMESATH
                                            PAUL A. HEMESATH
11                                          Assistant United States Attorney

12

13  Dated:  March 7, 2016                   /s/ MICHAEL LONG
                                            MICHAEL LONG
14                                          Counsel for Defendant
                                            MARIANO MONTENEGRO VALLEJO
15

16

17

18                                **FINDINGS AND ORDER**

19          IT IS SO FOUND AND ORDERED this 7th day of March,  2016.

20

21                                          /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
22                                          UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME          3
PERIODS UNDER SPEEDY TRIAL ACT