MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MARIANO VALLEJO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE UNITED STATES OF AMERICA,     ) No. 12-156 JAM
                Plaintiff,        )
                                  ) STIPULATION AND
     v.                           ) ORDER TO STATUS CONFERENCE
                                  )
MARIANO VALLEJO,                  ) Date: 6-7-2016
                                  ) Time: 9:15 a.m.
                Defendant.        ) Judge: Hon. John A. Mendez
==============================)
```

It is hereby stipulated between the parties, Paul Hemesath, Assistant United States Attorney, Michael D. Long, attorney for defendant MARIANO VALLEJO, that the status conference set for May 10, 2016, at 9:15 a.m. should be vacated and re-set for June 7, 2016, at 9:15 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  Defense counsel is still reviewing discovery, meeting with Mr. Vallejo and the prosecutors, obtaining criminal history documents, and developing defenses to the underlying criminal allegations and the criminal forfeiture allegations. Defense counsel and government counsel are continuing to engage in plea negotiations.  Mr. Long is presently in a jury trial in Sacramento County Superior Court.  The trial started on April 21, 2016, and it is estimated the trial will be finished on May 26, 2016.

Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Each party requests that time to be excluded as provided by Local Code T4 from today's date through June 7,

-1-

2016, for the effective preparation of all counsel, taking in to account due diligence.  18 U.S.C. section 3161(b)(7)(B)(iv).

All parties request the date of June 7, 2016, for the status hearing.  The request for extending the date for the status conference is at the specific request of the defendant and with his knowing, intelligent and voluntary waiver of his speedy trial rights under the law.  The government agrees that a continuance is necessary.  Good cause is hereby shown.

Dated: May 6, 2016                                      Respectfully submitted,

                                                        /s/ Michael D. Long
                                                        MICHAEL D. LONG
                                                        Attorney for Mariano Vallejo

Dated: May 6, 2016                                      PHIL TALBERT
                                                        Interim United States Attorney

                                                        /s/ Paul Hemesath
                                                        PAUL HEMESATH
                                                        Assistant U.S. Attorney

### ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for June 7, 2016, at 9:15 a.m., before District Court Judge John A. Mendez.  The court finds that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Time is excluded as provided by Local Code T4 from today's date through June 7, 2016, for the effective preparation of all counsel, taking in to account due diligence.  18 U.S.C. section 3161(b)(7)(B)(iv).  No further continuances should be requested until the parties appear on June 7, 2016.

Dated: May 6, 2016                          /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            United States District Court Judge