PHILLIP A. TALBERT
United States Attorney
PAUL A. HEMESATH
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-CR-00156-JAM |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| MARIANO MONTENEGRO VALLEJO, | |
| Defendant. | |

On November 14, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between the United States and defendant Mariano Montenegro Vallejo forfeiting to the United States the following property:

      a.  $24,000 of the $58,000.00 Cashier's Check seized from J.P. Morgan Chase Bank.

Beginning on November 22, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

      a.     Maricela Aceves:  A notice letter was sent via certified mail to Maricela Aceves at

9688 Poplar Court, Live Oak, CA 95953 on December 14, 2016.  The envelope was returned on January 12, 2017, as "unclaimed, unable to forward".  A notice letter was sent via certified mail to Maricela Aceves, c/o Krista Hart, Attorney at Law at 428 J Street, Suite 350, Sacramento, CA 95814 on December 14, 2016.  The envelope was returned on December 27, 2016, as "attempted – not known, unable to forward".  On December 28, 2016, the notice was sent to attorney Krista Hart by email at kristahartesq@gmail.com.

In addition, a notice letter was sent via certified mail to Maricela Aceves at 2688 Deanne Street, Live Oak, CA, 95953 on January 13, 2017.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed for by Maricela Aceves on January 19, 2017.  A notice letter was also sent via certified mail to Maricela Aceves, c/o Krista Hart, Attorney at Law at P.O. Box 188794, Sacramento, CA 95818 on January 13, 2017.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed for by Krista Hart on January 20, 2017.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.     A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Mariano Montenegro Vallejo and Maricela Aceves whose rights to the above-listed property are hereby extinguished.  The above-listed property shall be disposed of according to law.

2.     All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.     The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

///

///

///

///

///

4.      Within sixty (60) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return $34,000.00 of the $58,000.00 Cashier's Check seized from J.P. Morgan Chase Bank to defendant Mariano Montenegro Vallejo through attorney Michael Long.

SO ORDERED this 27th day of February, 2017.

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

Final Order of Forfeiture